Arthur TWEED and Freeman Tweed v. UNIT-
ED STATES of America.

No. 7328.

Circuit Court of Appeals, Sixth Circuit.
Feb. 5, 1936.

Kilgo & Armstrong, of Greeneville, Tenn., for appellants.

J. B. Frazier, Jr., U. S. Atty., of Knoxville, Tenn.

PER CURIAM.

Docketed and dismissed on court's own motion.

UNION GUARDIAN TRUST COMPANY,
Mortgage Trustee and Receiver, v. Peter
J. CHRISTY.

No. 7215.

Circuit Court of Appeals, Sixth Circuit.
June 30, 1936.

Milburn & Semmes, of Detroit, Mich., for appellant.

Benjamin Knoppow, of Detroit, Mich., for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

UNITED MILLS COMPANY, Inc., v. Carl E.
MOORE, Individually and as Collector of In-
ternal Revenue for the 18th District of Ohio.

Circuit Court of Appeals, Sixth Circuit.
Feb. 4, 1936.

Tolles, Hogsett & Ginn, of Cleveland, Ohio, and Eagleson & Laylin, of Columbus, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed on motion of appellant.

UNITED STATES of America v. Vance
ALLEN.

No. 7309.

Circuit Court of Appeals, Sixth Circuit.
June 1, 1936.

Horace Frierson, Jr., U. S. Atty., of Nashville, Tenn.

Langford & McKay, of Cookeville, Tenn., for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

UNITED STATES of America v. Edward
BROWER.

No. 7008.

Circuit Court of Appeals, Sixth Circuit.
April 14, 1936.

Gregory H. Frederick, U. S. Atty., of Detroit, Mich.

Fixel & Fixel, of Detroit, Mich., for appellee.

Before · MOORMAN, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The court being of opinion that there was not sufficient evidence to submit to the jury the question as to whether the appellee became totally and permanently disabled during the life of the policy sued on, it is ordered that the judgment be reversed and the cause remanded for a new trial.